FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 10, 2021, 10:30 am
Michelle Rynne, Clerk of Court

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
MICAH SMITH
MARK INCIONG
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808)541-2958
Email: Michael.Nammar@usdoj.gov
       Micah.Smith@usdoj.gov
       Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ASHLIN AKAU,<br><br>　　　　　　　Defendant. | CR. NO. **21-00016 LEK**<br><br>INFORMATION<br><br>[18 U.S.C. §§ 229(a)(1), 229(a)(2), and 229A(a)(1)] |

INFORMATION

The U.S. Attorney charges:

Use of a Chemical Weapon
(18 U.S.C. §§ 229(a)(1) and 229(a)(2))

On or about March 5, 2017, within the District of Hawaii, ASHLIN AKAU, the defendant, and others known and unknown, did knowingly use, and did assist and induce the use of, a chemical weapon, namely, chloropicrin, a toxic chemical that the defendant did not intend to use for a peaceful or other lawful purpose as defined in Title 18, United States Code, Sections 229F(7)(A)-(D), which chemical weapon the defendant released into a nightclub in Honolulu, Hawaii, and assisted and induced the same, in order to harm the nightclub's business.

//

//

//

//

//

//

//

//

//

//

All in violation of Title 18, United States Code, Sections 229(a)(1), 229(a)(2), and 229A(a)(1).

DATED: February 1, 2021, Honolulu, Hawaii.

_____
KENJI M. PRICE
United States Attorney
District of Hawaii


_____
MICHAEL NAMMAR
MICAH SMITH
MARK INCIONG
Assistant U.S. Attorneys


United States v. Ashlin Akau
Information

3