FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII   *cc*
Feb 10, 2021, 10:30 am
Michelle Rynne, Clerk of Court

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  **21-00016 LEK** |
| | ) | |
| Plaintiff, | ) | NOTICE OF RELATED CASE |
| | ) | |
| vs. | ) | |
| | ) | |
| ASHLIN AKAU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

<u>NOTICE OF RELATED CASE</u>

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United

States Attorney gives notice herein that the above-captioned Information is related

to the following case:  <u>United States v. Michael J. Miske</u>, Cr. No. 19-00099 DKW-

KJM.

DATED:  February 10, 2021, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii


By   */s/ Michael Nammar*
MICHAEL NAMMAR
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2